IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs*,<br><br>v.<br><br>MIKE HILGERS, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA,<br><br>*Defendant*. | No. 4:25-cv-3089-SMB-RCC<br><br>**ABBVIE'S BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY** |

Plaintiffs (collectively, "AbbVie") respectfully oppose the Attorney General's motion for leave to cite a recent filing from the *American Hospital Association v. Kennedy* litigation in the U.S. District Court for the District of Maine. *See* Dkt. No. 74.

The Attorney General's motion for leave—and his characterization of the proposed supplemental authority—is highly misleading. It is not true that "the United States is abandoning the 340B Pilot Program." *Id.* at 1. HRSA merely agreed to vacate certain prior Pilot Program notices and agency actions after the District of Maine made a preliminary determination that HRSA did not comply with all the requirements of the Administrative Procedure Act in setting up the Pilot Program. *See id.* HRSA has already commenced the process to restart the Pilot Program. *Request for Information: 340B Rebate Model Pilot Program*, 91 Fed. Reg. 7287 (Feb. 17, 2026). Contrary to the Attorney General's suggestion, this temporary pause is hardly a basis to dismiss AbbVie's Pilot Program preemption claim.

Dated: February 23, 2026                    Respectfully submitted,

*/s/ Matthew S. Owen*
Matthew S. Owen, P.C.
K. Ross Powell
Meredith M. Pohl
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
           ross.powell@kirkland.com
           meredith.pohl@kirkland.com

Jason W. Grams (#24596)
GRAMS LAW, LLC
1318 N. 127th Ave.
Omaha, NE 68154
Telephone: (402) 902-6400
Email: jason.grams@grams.law

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

      Pursuant to NECivR 7.1(d), the undersigned hereby certifies that the foregoing response brief contains 244 words (including the caption, headings, footnotes, and quotations) in compliance with said rule. The undersigned utilized the word count function of Microsoft Word for Microsoft Office 365. The undersigned also certifies that no generative artificial intelligence program was used in drafting the document.

                                                      */s/ Matthew S. Owen*  
                                                      Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically and has been served via the Court's ECF filing system on all registered counsel of record.

*/s/ Matthew S. Owen*
Counsel for Plaintiffs
